AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
| v. | ) |
| | ) Case No. 20-cr-00098-GPG |
| Megan Hess | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Megan Hess,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Mail Fraud, and Aiding and Abetting, in violation of Title 18, United States Code, Section 1341; 18 United States Code, Section 2;
Transportation of Hazardous Materials, and Aiding and Abetting, in violation of Title 49, United States Code, Section 46312; 18 United States Code, Section 2.

Date: 3/12/2020

s/ J. Garcia-Gonzalez, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

JEFFREY P. COLWELL, CLERK
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |