IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.     20-cr-00098-MSK-GPG

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    MEGAN HESS,
2.    SHIRLEY KOCH,

        Defendants.

---

**GOVERNMENT'S NOTICE REGARDING RESTRICTED DOCUMENT**

---

The United States, by and through the undersigned Assistant United States Attorney, files this notice in response to the Court's April 7, 2020, order. ECF # 62. The presently restricted document located at ECF # 47 is a brief in support of restriction for the presently restricted documents located at ECF # 48. Local rule required restriction of ECF # 47. *See* D.C.COLO.LCrR 47.1(c) ("The motion shall be accompanied by a brief that is filed as a restricted document."). The government has no other basis for restriction of ECF # 47.

Respectfully submitted this 9th day of April, 2020.

                                        JASON R. DUNN
                                        United States Attorney

                   BY:    *s/ Jeremy Chaffin*
                                        Jeremy Chaffin
                                        Assistant U.S. Attorney
                                        United States Attorney's Office
                                        District of Colorado
                                        205 4th Street, Suite 400
                                        Grand Junction, CO 81501
                                        Phone: 970-257-7113
                                        E-mail: Jeremy.chaffin@usdoj.gov
                                        ATTORNEY FOR THE GOVERNMENT

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 9th day of April, 2020, I electronically filed the foregoing GOVERNMENT'S NOTICE REGARDING RESTRICTED DOCUMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                          *s/ Cosandra Foster*
                                          COSANDRA FOSTER
                                          Paralegal Specialists
                                          U.S. Attorney's Office
                                          205 N. 4th Street, Suite 400
                                          Grand Junction, CO 81501
                                          Telephone: (970) 241-3843
                                          E-mail: Cosandra.foster@usdoj.gov