IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE GORDON P. GALLAGHER

Criminal Case No. 20-cr-00098-CMA-GPG          Court Deputy: A. Barnes
Date: July 5, 2022                             Recorder: Grand Junction

UNITED STATES OF AMERICA,
Plaintiff,

v.

**1. MEGAN HESS,**
2.  SHIRLEY KOCH,
Defendant.

---

### MINUTES AND ORDERS - CHANGE OF PLEA HEARING

---

Court in Session 10:38 AM

APPEARANCES:   For the Government, AUSA Jeremy Chaffin.  For the Defense: Defendant Megan Hess, on bond, together with CJA Panel Attorneys Daniel Shaffer and Ashley Petrey.

This matter came before the Court for a change of plea following the filing of unanimous written consent by the parties to the Durango/Grand Junction Protocol to have a United States Magistrate Judge provide advisements and a recommendation and to take an entry of a plea in a change of plea matter.

The Government previously filed an Indictment in this matter [D. 1].

At this hearing, a Plea Agreement is submitted, and filed as Exhibit 1, pursuant to Federal Rule of Criminal Procedure 11.1.

The Defendant was arraigned with regard to Count One of the Indictment. The Defendant now wishes to and does plead guilty to Count One of the Indictment a violation of 18 U.S.C. 1341, mail fraud and aiding and abetting.

The Defendant was sworn and advised regarding:

1. The terms and provisions of the proposed plea agreement;

2. All matters contained in Federal Rule of Criminal Procedure 11.

The Court FINDS that:

(1) The Defendant is fully competent to proceed, to enter an informed plea of Guilty to Count One of the Indictment;

(2) The Defendant understands the nature of the charges to which she is pleading guilty;

(3) The Defendant understands the possible penalties and effects and consequences of a plea of guilty;

(4) The Defendant understands the fundamental Constitutional rights that are being waived including Defendant's right to a jury trial and all the rights associated with a trial;

(5) The Defendant's plea of guilty is voluntary and knowingly made;

(6) The Defendant is satisfied with the representation of Counsel, has been represented through the course of this proceeding, and has no objection, criticism or complaint as to the representation which Defendant has received;

(7) The Defendant acknowledges and agrees with and to the factual basis and the Court finds that both the charge and plea are supported by an independent basis in fact;

(8) The Defendant understands that the penalty imposed by the sentencing Court will be based, in part, upon the facts stated in the plea agreement and may exceed that recommended in it;

It is hereby ORDERED:

1) The Plea Agreement (Exhibit 1) and the Statement by Defendant in Advance of Plea of Guilty (Exhibit 2) are received and admitted.

2) The Probation Department shall conduct, or update, a pre-sentence investigation and submit a pre-sentence report as required by Federal Rule of Criminal Procedure 32.  Defendant shall, with the assistance of Counsel, immediately after this hearing or as soon as practicable, make arrangement to participate in the pre-sentence investigation and shall fully cooperate with the Probation Department.

3) A Sentencing Hearing is set for **9:00 AM - 5:00 PM on January 3, 2023** in Room 323/Grand Junction before Article III Judge Christine Arguello - or another such time/date as she may direct.

4) Any motions hearing, trial conference and trial **as to this Defendant is vacated**. All non-substantive  motions are denied as moot.

5) Specifically, the Motion to Sever at D. 191  is moot.

6) Defendant remains out of custody with the same conditions.

It is RECOMMENDED that:

1) The Plea and Plea Agreement be accepted.

2) All substantive motions filed heretofore be denied.

The parties may object in writing to the findings and recommendations pursuant to Federal Rule of Criminal Procedure 59(B)(2) within fourteen (14) days.

Court in recess: 11:49 a.m.
Hearing duration: 71 minutes

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.