

EXHIBIT A



# Sunset Mesa Funeral Directors

March 1, 2016

Jennifer Valentine
59620 Lucres Dr.
Montrose, CO

RE: William Valentine

Dear Jennifer,

We hope that you are doing well after your father's passing July 13, 2015. It was an honor to serve your family, however, there is still a remaining balance of $225.00.

In order for us to keep our prices down, it is imperative that we collect on your past due balance immediately. We are more than happy to accept a payment over the phone via credit card, or if you need to work out a payment plan, we can do that as well.

Please contact us immediately so that we can resolve this matter. If we don't hear back from you, we will have to take the next step.

Respectfully,

Janine Bush
Office Manager
Sunset Mesa Funeral Directors

155 Merchant Dr. Montrose, CO 81401   (970) 240-9870   Fax: (970) 240-9871

**1B007-WILLIAM C VALENTINE-000009**
INV_1B_00010598



### Sunset Mesa Funeral Directors

March 11, 2016

Joshua Rowe
PO Box 171
Nucla, CO 81424

RE: Robert Rowe

Dear Joshua,

We hope that you are doing well after your father's passing September 12, 2014. It was an honor to serve your family, however, there is still a remaining balance of $865.68.

In order for us to keep our prices down, it is imperative that we collect on your past due balance immediately. We are more than happy to accept a payment over the phone via credit card, or if you need to work out a payment plan, we can do that as well.

Please contact us immediately so that we can resolve this matter. If we don't hear back from you, we will have to take the next step.

If you feel you received this letter on accident, and believe you do not have a balance, please contact us so we know you received this letter.

Respectfully,

*Janine Bush*
Janine Bush
Office Manager
Sunset Mesa Funeral Directors

155 Merchant Dr. Montrose, CO 81401   (970) 240-9870   Fax: (970) 240-9871