

EXHIBIT B

January 27, 2012

Sunset Mesa Funeral Directors
Megan Hess
155 Merchant Drive
Montrose, CO 81401

Dear Meg,

I am so grateful for your thoughtful investment in the mission of Hospice and Palliative Care of Western Colorado. Your generosity in 2011 enabled us to care for everyone who needed our services – patients and family members of all ages.

We continue to be amazed by the support of people like you, and the support of the communities we serve.

You make it possible for us to offer the best medical services and the most compassionate care for patients and their families. When we opened our doors 19 years ago, we simply wanted to help people who were facing serious illness and grief – to give comfort and peace of mind to patients and their families. We had no idea that thousands of patients and families would be served over the years by the current variety of programs we offer now. This was possible because of the help of caring people like you. Thank you.

We are enclosing an itemized list of cash gifts that we received during the period of January 2, 2011, through December 31, 2011. If you made additional gifts In-Kind, those were separately receipted at the time your gifts were made. If you need copies of any of those receipts of $500 or greater, please contact me at 257-2365.

From everyone you help through your gifts, and from all of us at Hospice, thank you for your generous support. We will always honor your gifts, dedicated to our mission of profoundly changing the way our community experiences serious illness and grief – one family at a time.

Warm Regards,

*Kathy O'Shea*
Kathy O'Shea
Vice President of Development

www.hospicewco.com

ADMINISTRATIVE OFFICES / GRAND VALLEY • 3090 North 12th St, Unit B, Grand Junction, CO 81506 • 970-241-2212
DELTA COUNTY • P.O. Box 24, Delta, CO 81416 • 970-874-6823
MONTROSE/OURAY COUNTIES • PO Box 1804, Montrose, CO 81402 • 970-240-7734
PLATEAU VALLEY / DEBEQUE • PO Box 294, Collbran, CO 81624 • 970-487-3844

# Hospice & Palliative Care of Western Colorado
## 2011 Donor Statement

| Donor Name | Gift Date | Gift Amount | Tax Deduction Amount |
|---|---|---|---|
| Sunset Mesa Funeral Directors<br>Megan Hess<br>155 Merchant Drive<br>Montrose, CO  81401 | 3/11/2011 | $2,500.00 | $2,000.00 |
| | | Total: | $2,000.00 |

Report includes Cash and Stock Gifts