

EXHIBIT C



FDA Home Page | Contact eHCTERS Technical Support

## HUMAN CELL AND TISSUE ESTABLISHMENT REGISTRATION - Public Query
### Query Results

Establishments matching the following supplied criteria:
**Establishment Name: Donor Services**

Displaying establishments **21- 30** of **51** matching the supplied parameters.

Click on the Establishment for which you would like to view details.

[<< Display previous 10]     [Display next 10 >>]

| Establishment Name | City, State/Zip | FEI | Establishment Status |
|---|---|---|---|
| DCI Donor Services dba Tennessee Donor Services (Nashville) | Nashville, Tennessee / 37203 | 3004125624 | Inactive |
| DCI Donor Services dba Tennessee Donor Services (Nashville) | Nashville, Tennessee / 37228 | 3009826876 | Registered |
| DCI Donor Services dba Tennessee Donor Services (Tri-Cities) | Gray, Tennessee / 37615 | 3003387665 | Registered |
| Dana-Farber Cancer Institute / Donor Services Program | Boston, Massachusetts / 02215 | 3005374471 | Registered |
| Donor Services | Montrose, Colorado / 81401 | 3008769929 | Inactive |
| Donor Services Center | Columbia, Missouri / 65201 | 3009250140 | Inactive |
| Donor Services of Indiana, Inc. | New Haven, Indiana / 46774 | 0001870296 | Inactive |
| Inova Health Care Services Inova Health Care Services Blood Donor Services | Sterling, Virginia / 20166 | 0001177788 | Registered |
| Legacy Donor Services Foundation | Miami, Florida / 33167 | 3012046649 | Registered |
| Legacy Donor Services Foundation-Jacksonville | Jacksonville, Florida / 32216 | 3009510454 | Registered |

[Back To Query Criteria Screen]     [Exit]

eHCTERS v02.13.00
Updated 11/20/2020

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 585116 | CV Bandar Kencana | Bandar Lampung | - | - | Indonesia | 2012 | 784229 | Yes | 05/14/2012 | No Action Indicated (NAI) | Pesticides and Chemical Contaminants | Food/Cosmetics |
| 769929 | Donor Services | Montrose | Colorado | 81401 | United States | 2012 | 784301 | No | 05/14/2012 | No Action Indicated (NAI) | Human Cellular, Tissue, and Gene Therapies | Biologics |
| 383386 | Delta Airlines Inc. | Everett | Washington | 98204 | United States | 2012 | 784371 | No | 05/14/2012 | Voluntary Action Indicated | Technical Assistance: Food and Cosmetics | Food/Cosmetics |