EXHIBIT

D



