EXHIBIT

E

