EXHIBIT F



### Types of Donation & Charges for Cremation:

**Limited Donation with Return of Remains: $795**
This service includes consultation with family, staff and facilities to respond to the initial request of service; transportation within 50 miles of Montrose, Colorado; securing of official documents including death certificate; sheltering of deceased; cremation container (required by crematory) and return of remains. This charge does not include any copies of the death certificate. Certificates can be added for $20 for the first copy and $13 for each additional copy.

**Whole Body Donation: No charge**
Return of cremated remains is likely, but, not guaranteed.



## Donor Services Inc.

155 Merchant Drive
Montrose, Colorado 81401
(970) 240-9870

Email: DonorServicesInc@hotmail.com