IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  20-cr-00098-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.  MEGAN HESS,
2. SHIRLEY KOCH

Defendants.

---

**GOVERNMENT'S MOTION TO RESTRICT DOCKET NOS. 384-1, 384-2 and 384-3**
_____

      The United States of America, by and through Acting United States Attorney Matthew Kirsch, and the undersigned Assistant United States Attorney, respectfully moves to restrict documents, any order revealing the contents of those documents, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion.  The United States requests a "Level 2" Restriction which would make the

//

//

//

//

documents and attachments, any order revealing the contents of those documents and the brief filed in support of this motion, "Viewable by Selected Parties & Court" only.

Respectfully submitted this 3rd day of December, 2024.

        MATTHEW KIRSCH
        Acting United States Attorney

        By: *s/Tim Neff*
        Tim Neff
        Assistant U.S. Attorney
        United State Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Phone: 303-454-0100
        Email: Tim.Neff@usdoj.gov
        Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December, 2024, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCKET NOS. 384-1, 384-2 and 384-3** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

<i>s/ Ilmira Allazova</i><br>
Ilmira Allazova<br>
Legal Administrative Specialist<br>
U.S. Attorney's Office